# UNITED STATES DISTRICT COURT
## District of New Jersey

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| -against- | ) Cr. 12-492( KSH) |
| Yong Kim Lee | ) |
| Defendant | ) |

## CONSENT ORDER TO TRAVEL INTERNATIONALLY

This matter having come before this Court on the application of Thomas F.X. Dunn, Esq., the attorney for Yong Kim Lee, the defendant herein, and with the consent of Assistant United States Attorney Anthony Moscato, that the defendant be given permission of the Court to travel to South Korea to receive follow-up medical treatment concerning her ear and balance problems. Ms. Lee was previously granted permission by the Honorable Michael Shipp to travel to South Korea for surgery.

It is the finding of this Court that Ms. Lee may travel to South Korea, leaving New Jersey on August 13, 2012 and returning from South Korea on September 13, 2012.

Ordered that the defendant, Yong Kim Lee may travel to South Korea on August 13, 2012 and return to New Jersey on September 13, 2012.

Date: August 6, 2012

Anthony Moscato
Assistant U.S. Attorney

Thomas F.X. Dunn, Esq.
Attorney for Yong Kim Lee

So Ordered,

Hon. Katherine S. Hayden, U.S.D.J.   8/9/12